UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRIS AMARO,**

    **Plaintiff,**

v.                                            Case No.: 8:19-cv-003187

**RENT-A-CENTER EAST, INC.,**
a Foreign For Profit Corporation,

    **Defendant.**

_____/

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant RENT-A-CENTER EAST, INC. ("RAC"), by and through its undersigned counsel, hereby gives its notice of removal of the case styled *Chris Amaro v. Rent-A-Center East, Inc.,* Case No.: 19-CA-012240, currently pending in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division. As grounds, RAC states as follows:

### COMMENCEMENT OF ACTION IN
### STATE COURT AND TIMELINESS OF REMOVAL

1. On or about December 3, 2019, Plaintiff Chris Amaro ("Plaintiff") initiated the State Court action by filing a Complaint in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, initiating the State Court Action, which named RAC as the sole Defendant.

2. The Summons and Complaint were served on RAC on December 6, 2019. A true and legible copy of any and all processes, pleadings, motions, orders, and other papers or exhibits of every kind then on file in the State Court Action obtained by RAC are attached to this

Notice of Removal as required by 28 U.S.C. §1446(a) and L.R. 4.02.  *See* **Exhibit 1**.  No other process, pleadings, or orders have been served upon Defendant in the State Court Action.  A copy of the Notice contemporaneously filed in the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, is attached hereto as **Exhibit 2.**

3. Pursuant to 28 U.S.C. § 1446(b), RAC has timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiff's Complaint.

## VENUE IS PROPER

4. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the district and division within which the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, is located.

## GROUNDS FOR REMOVAL – FEDERAL QUESTION

5. This Court has original jurisdiction over this action based on federal questions pursuant to 28 U.S.C. §1331, and this action is therefore properly removable under 28 U.S.C. 1441(a).

6. In applying that statutory provision "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams,* 482 U.S. 386 (1987).

7. Plaintiff's Complaint arises out of his employment with Defendant.  The Complaint alleges two causes of action:  (1) overtime violation by RAC; and (2) Fair Labor Standards Act ("FLSA").

8. Because Plaintiff's Complaint alleges a cause of action under the federal statute of

the Fair Labor Standards Act (*see* Complaint), this Court accordingly has original federal jurisdiction over Counts I and II of the Complaint under 28 U.S.C. § 1331, and this case is properly removable under 28 U.S.C. § 1441(a).

9. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

WHEREFORE, Defendant respectfully requests that *Chris Amaro v. Rent-A-Center East, Inc.*, Case No. 19-CA-012240, now pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, be removed to the United States District Court for the Middle District of Florida, Tampa Division.

DATED: December 30, 2019.

        Respectfully submitted,

        */s/ Jennifer Monrose Moore*
        Jennifer Monrose Moore
        Florida Bar No. 35602
        jennifer.moore@ogletree.com
        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        100 North Tampa Street, Suite 3600
        Tampa, Florida 33602
        Telephone: 813.289.1247
        Facsimile: 813.289.6530

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2019, I electronically filed the foregoing via the Court's CM/ECF system and that a true and correct copy of Defendant's Notice of Removal was served via electronic mail and U.S. First Class Mail upon:

Noah E. Storch, Esq.
Robert D. Pecchio, Esq.
RICHARD CELLER LEGAL, P.A.
10368 West State Road 84, Suite 103
Davie, Florida  33324
noah@floridaovertimelawyer.com
robert@floridaovertimelawyer.com
*Attorneys for Plaintiff*

*/s/ Jennifer Monrose Moore*
Attorney

41180079.1