UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRIS AMARO,

    Plaintiff,

v.                                      Case No: 8:19-cv-3187-T-35CPT

RENT-A-CENTER EAST, INC., a
Foreign Profit Corporation,

    Defendant.
_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Motion to Dismiss and/or Stay Case and to Compel Arbitration. (Dkt. 3) Therein, Defendant seeks an Order from the Court compelling arbitration of Plaintiff's claims asserted in this matter pursuant to the Parties' Arbitration Agreement. (Id.) Furthermore, the Defendant requests that the Court dismiss this matter, or in the alternative, stay this matter pending the completion of arbitration. (Id.) In response, Plaintiff has filed a Notice of Filing Non-Objection to Defendant's Motion to Stay, and to Compel Arbitration, advising that Plaintiff agrees to proceed in arbitration. (Dkt. 7)

In light of the Plaintiff's Notice, the Court hereby **ORDERS** that this proceeding is **STAYED** pending arbitration. The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case. The Parties shall have **fourteen (14) days** after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of January, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party